IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06cr3108 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF FILING OF |
| vs. | ) | MOTION OF MODIFICATION |
| | ) | OF PETITIONER'S SENTENCE |
| JAVIER ONTIVEROS CERVANTES, | ) | PURSUANT TO 18 U.S.C. § |
| | ) | 3582(c)(2) AND 2D1.1 |
| Defendant. | ) | SENTENCING GUIDELINE |
| | ) | EFFECTED NOVEMBER 1, |
| | ) | 2000 |

    The United States Attorney is notified of the filing on October 30, 2009, of a Motion of Modification of Petitioner's Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and 2D1.1 Sentencing Guideline Effected November 1, 2000, filing 31.  The United States shall have until December 7, 2009, in which to respond.

    Dated November 2, 2009.

                        BY THE COURT

                        s/ Warren K. Urbom
                        United States Senior District Judge